# EXHIBIT C

## CERTIFICATE OF LOAN SALE

WebBank, a Utah-chartered industrial bank located in Salt Lake City, Utah ("Originator"), hereby certifies that:

1. Originator originates loans that are serviced by Prosper Funding LLC or its affiliate Prosper Marketplace, Inc.

2. Each of the loans identified by loan number on the attached Exhibit A (each, a "Loan") was originated by WebBank.

3. On or about the respective Closing Date set forth on Exhibit A, Originator transferred or otherwise conveyed to Prosper Funding LLC each Asset identified on Exhibit A.

4. Originator transferred, assigned, and conveyed to Prosper Funding LLC and its successors and permitted assigns, all right, title and interest the Originator held in each Asset free and clear of any lien created by Originator, except for any interest of Prosper Funding LLC and its affiliates.

5. Prosper Funding LLC or its affiliate Prosper Marketplace, Inc. was Servicer of each Asset from the origination of the Asset to the sale by Originator to Prosper Funding LLC. In its role as servicer of the Asset, during the period Originator owned the Asset, Prosper Funding LLC kept and maintained business records on behalf of WebBank in the regular course of business.

WEBBANK

By: _____

Name: Kelly Barnett
Title: President

Date: January 12, 2017

Exh. K-1

*Confidential*

Sale Date: 9/26/2016

| Acct No | Issued Date |
|---|---|
| 87387 | 4/4/2013 |
| 103006 | 9/24/2013 |
| 91154 | 5/22/2013 |
| 89292 | 5/3/2013 |
| 89669 | 5/3/2013 |
| 95964 | 7/22/2013 |
| 87012 | 3/28/2013 |
| 85058 | 2/7/2013 |
| 86026 | 3/4/2013 |
| 98439 | 8/14/2013 |
| 90286 | 5/10/2013 |
| 94078 | 6/24/2013 |
| 97444 | 7/30/2013 |
| 97021 | 7/25/2013 |
| 86200 | 3/7/2013 |
| 94269 | 7/2/2013 |
| 89148 | 5/1/2013 |
| 95309 | 7/11/2013 |
| 97902 | 8/7/2013 |
| 87077 | 3/26/2013 |
| 91884 | 6/6/2013 |
| 95312 | 7/11/2013 |
| 87078 | 3/29/2013 |
| 96782 | 7/25/2013 |
| 102892 | 9/23/2013 |
| 91527 | 6/3/2013 |
| 94294 | 6/26/2013 |
| 98850 | 8/19/2013 |
| 100008 | 8/29/2013 |
| 98902 | 8/13/2013 |
| 97509 | 8/5/2013 |
| 95362 | 7/9/2013 |
| 89815 | 5/6/2013 |
| 96458 | 7/23/2013 |
| 93987 | 6/28/2013 |
| 89076 | 5/1/2013 |
| 94527 | 7/8/2013 |
| 100665 | 9/9/2013 |
| 104497 | 10/3/2013 |
| 97002 | 7/30/2013 |
| 106281 | 10/18/2013 |
| 87687 | 4/10/2013 |
| 90702 | 5/21/2013 |
| 102810 | 9/26/2013 |